IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DYESS HEATING & AIR
CONDITIONING, INC.,

    Petitioner,

v.                                        CV 623-034

ANSUR AMERICA INSURANCE
COMPANY, FRANKENMUTH MUTUAL
INSURANCE COMPANY, MARY
LOCKNER, and ROBERT LOCKNER,

    Respondents.

**O R D E R**

Before the Court is Respondents' motion to dismiss for lack of subject matter jurisdiction. (Doc. 17.) Petitioner admits that there is no subject matter jurisdiction over this case and consents to dismissal of the action so it may refile this case in the appropriate state court. (Doc. 18, at 1.) For the following reasons, this case is **DISMISSED**.

"Federal courts are courts of limited jurisdiction and are required to inquire into their [subject matter] jurisdiction at the earliest possible point in the proceeding." Kirkland v. Midland Mortg. Co., 243 F.3d 1277, 1279-80 (11th Cir. 2001) (citation omitted). Petitioner states the basis for subject matter jurisdiction is federal question. (Doc. 1-6, at 1.) It then cites

28 U.S.C. § 2201 as a basis for federal jurisdiction. (Doc. 1, at 2.) A party may not rely on 28 U.S.C. § 2201 as a basis for federal jurisdiction since the Declaratory Judgment Act is "procedural only" and does not provide a basis for subject-matter jurisdiction. Medtronic, Inc. v. Mirowski Family Ventures, LLC, 571 U.S. 191, 197 (2014) ("[T]he Declaratory Judgment Act does not 'extend' the 'jurisdiction' of the federal courts."); Skelly Oil Co. v. Phillips Petroleum Co., 339 U.S. 667, 671 (1950) (explaining that "the operation of the Declaratory Judgment Act is procedural only" and the Act did not extend federal courts' jurisdiction) (citations omitted). Because the Court finds that Petitioner cannot bring suit under 28 U.S.C. § 2201 and Petitioner has not alleged any other basis for subject matter jurisdiction, Petitioner's state law claims cannot proceed in federal court.

For the foregoing reasons, the Court **GRANTS** Respondents' motion to dismiss (Doc. 17.) and Petitioner's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of October, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA