AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DYESS HEATING & AIR
CONDITIONING, INC.,

               Petitioner,           **JUDGMENT IN A CIVIL CASE**

               v.              CASE NUMBER:  CV 623-034

ANSUR AMERICA INSURANCE COMPANY,
FRANKENMUTH MUTUAL INSURANCE COMPANY,
MARY LOCKNER, and ROBERT LOCKNER,

               Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 16, 2023, the Court grants Respondents' motion to dismiss, and Petitioner's Complaint is dismissed without prejudice. This case stands closed.



10/16/2023                                                John E. Triplett, Clerk of Court
*Date*                                                      *Clerk*

                                                              *(By) Deputy Clerk*

GAS Rev 10/2020